# Exhibit B

**DEPARTMENT OF HEALTH & HUMAN SERVICES**
Secretary

Office of the
Assistant Secretary for Public Affairs
Washington, D.C. 20201

**HHS Case No**: 2024-01863-FOIA-OS

**October 15, 2024**

*Sent via email:*
Martin Hoyt
**foia@phralliance.org**

Dear Martin Hoyt:

This acknowledges receipt of your August 12, 2024, Freedom of Information Act (FOIA) request, submitted to the Department of Health and Human Services (HHS), FOI/Privacy Acts Division concerning *"Communications to or from the listed custodians and officials from the White House (domain: eop.gov) regarding the selection of drugs for the Medicare Drug Price Negotiation Program."*. We received your request on August 12, 2024.

Because you seek records which require a search in another office, "unusual circumstances" apply to your request, automatically extending the time limit to respond to your request for ten additional days. See 5 U.S.C. 552 § (a)(6)(B)(i)-(iii) (2012 & Supp. V. 2017). Further, we estimate needing more than 10 additional days to respond to your request and so, in the next paragraph of this letter we are offering you an opportunity to narrow your request, in case narrowing the request would enable us to respond to the request sooner. The actual time needed to process your request will depend on the complexity of our records search and on the volume and complexity of any material located. For your information, this Office assigns incoming requests to one of three tracks: simple, complex, or expedited. Each request is then handled on a first-in, first-out basis in relation to other requests in the same track. Our current workload is approximately 3000 cases.

Your request is assigned to the complex track. In an effort to speed up our records search, you may wish to narrow the scope of your request to limit the number of potentially responsive records or agree to an alternative time frame for processing, should records be located. You may also wish to await the completion of our records search to discuss either of these options.

I regret the necessity of this delay, but I assure you that your request will be processed as soon as possible. If you have any questions or wish to discuss reformulation or an alternative time frame for the processing of your request, you may contact the HHS FOIA office via email at foiarequest@hhs.gov.

If you are not satisfied with any aspect of the processing and handling of this request, you have the right to seek dispute resolution services from:

       HHS FOIA/PA Public Liaison
       FOI/Privacy Acts Division
       Assistant Secretary for Public Affairs (ASPA)

> Office of the Secretary (OS)
> U.S. Department of Health and Human Services (HHS)
> Telephone: (202) 690-7453
> E-mail: HHS_FOIA_Public_Liaison@hhs.gov

If you are unable to resolve your FOIA dispute through our FOIA Public Liaison, the Office of Government Information Services (OGIS), the Federal FOIA Ombudsman's office, offers mediation services to help resolve disputes between FOIA requesters and Federal agencies. The contact information for OGIS is:

> Office of Government Information Services
> National Archives and Records Administration
> Telephone: 202-741-5770
> Toll-Free: 1-877-684-6448
> E-mail: ogis@nara.gov

If you are not already submitting your requests through our Public Access Link (PAL), we recommend all future requests and appeals be submitted through PAL - https://requests.publiclink.hhs.gov/.  Submitting requests through PAL automatically logs your requests into our tracking system and provides you with a tracking number. Your PAL account will allow you to track the progress of your request, receive your documents directly through the portal, and securely submit privacy-sensitive or business-sensitive documents.

> Sincerely yours,
>
> Arianne Perkins
> Director, Initial FOIA Requests
> FOI/Privacy Acts Division