# Exhibit C

# RE: Status Updates for Requests



| | |
|---|---|
| From | OS FOIA Request (HHS/ASPA) <FOIARequest@hhs.gov> |
| To | foia@phralliance.org <foia@phralliance.org>, OS FOIA Request (HHS/ASPA) <FOIARequest@hhs.gov> |
| Cc | Baker, Stephanie (OS/ASPA) (CTR) <Stephanie.Baker@hhs.gov> |
| Date | 2024-11-13 20:54 |

Thank you for your email regarding the above-referenced subject. The HHS FOIA office has not yet received any responsive records from the program offices pertaining to your requests.

Please be advised, that like other larger agencies, the HHS FOIA office has a backlog of FOIA requests, which we are working to address. Please be further advised that we process records on a first-in, first-out basis, and currently your request is in the "complex" queue.

I am unable to provide you with an estimated date of completion absent knowing the record volume yielded by the search.

Please feel free to check back at a later date. I hope the information provided is helpful to you.

Thank you and kind regards.

---

**From:** foia@phralliance.org <foia@phralliance.org>
**Sent:** Friday, November 8, 2024 1:31 AM
**To:** OS FOIA Request (HHS/ASPA) <FOIARequest@hhs.gov>
**Cc:** Baker, Stephanie (OS/ASPA) (CTR) <Stephanie.Baker@hhs.gov>
**Subject:** Status Updates for Requests

The Public Health Reform Alliance (PHRA) submitted the following requests in August:

- 2024-01863-FOIA-OS
- 2024-01864-FOIA-OS
- 2024-01865-FOIA-OS

What is the status of these requests? And when should we expect to receive responsive records?


Regards,

Martin Hoyt | Director | Public Health Reform Alliance