# Exhibit H

Case 1:25-cv-00463-CJN    Document 1-8    Filed 02/18/25    Page 2 of 2

2/5/25, 9:07 AM

## Re: CMS FOIA Request Control Number 081220247005



**From** <foia@phralliance.org>

**To** Stringfellow, Kenyetta (CMS/OSORA) <Kenyetta.Stringfellow@cms.hhs.gov>

**Date** 2024-11-08 06:24

When can we expect to see responsive records for this request?

On 2024-08-14 17:44, Stringfellow, Kenyetta (CMS/OSORA) wrote:

> Good afternoon,
>
> Please view the attached document regarding your Freedom of Information Act (FOIA) request for records pertaining to communications regarding the selection of drugs for the Medicare Drug Price Negotiation Program.
>
> Respectfully,
>
> **Kenyetta Stringfellow**
> Government Information Specialist
> Freedom of Information Group
> Office of Strategic Operations and Regulatory Affairs
> Centers for Medicare & Medicaid Services
> E-mail:  kenyetta.stringfellow@cms.hhs.gov
>
> *Looking to request Medicare claim records? Check out our [Medicare Beneficiary Claims Portal](Medicare Beneficiary Claims Portal)*
> *Looking to file a FOIA request? Check out our [FOIA.gov Portal](FOIA.gov Portal)*
> *Need more help? Check out our CMS [FOIA Service Center](FOIA Service Center)*