# Exhibit I

# FOIA-081220247005



|  |  |
|---|---|
| **From** | Mastropaolo, Jason (CMS/OSORA) <Jason.Mastropaolo1@cms.hhs.gov> |
| **To** | foia@phralliance.org <foia@phralliance.org> |
| **Cc** | Stringfellow, Kenyetta (CMS/OSORA) <Kenyetta.Stringfellow@cms.hhs.gov> |
| **Date** | 2024-11-12 13:38 |

Good morning,

FOIA requests are processed in the order in which they're received. With that being said, you can anticipate a response somewhere in the timeframe of 9 to 12 months.

## Jason Mastropaolo

Jason Mastropaolo
Technical Advisor
Division of FOIA Analysis –A
Freedom of Information Group
Office of Strategic Operations and Regulatory Affairs
Centers for Medicare & Medicaid Services
E-mail:  jason.mastropaolo1@cms.hhs.gov

Looking to request Medicare claim records? Check out our Medicare Beneficiary Claims Portal
Looking to file a FOIA request? Check out our FOIA.gov Portal
Need more help? Check out our CMS FOIA Service Center