# Exhibit L

# RE: CMS FOIA Request Control Number 090420247068



**From**  Stringfellow, Kenyetta (CMS/OSORA) <Kenyetta.Stringfellow@cms.hhs.gov>
**To**  foia@phralliance.org <foia@phralliance.org>
**Date**  2024-12-04 19:50

Good afternoon,

We are still processing your request. Currently, your request is pending search for the requested documents. I have contacted the components conducting the search for an update and will provide an additional update once I hear from them.

If you would like, you can check the status of your request at the website https://foia-request.cms.gov/check-status using the control number and PIN at the top of your acknowledgment letter. Once the status has changed, the message on the website will be updated. You can also feel free to contact me if you have any additional questions regarding the status of this request. I hope this information is helpful.

Sincerely,

**Kenyetta Stringfellow**
Government Information Specialist
Freedom of Information Group
Office of Strategic Operations and Regulatory Affairs
Centers for Medicare & Medicaid Services
E-mail:  kenyetta.stringfellow@cms.hhs.gov

Looking to request Medicare claim records? Check out our Medicare Beneficiary Claims Portal
Looking to file a FOIA request? Check out our FOIA.gov Portal
Need more help? Check out our CMS FOIA Service Center

**From:** foia@phralliance.org <foia@phralliance.org>
**Sent:** Tuesday, December 3, 2024 1:00 PM
**To:** Stringfellow, Kenyetta (CMS/OSORA) <Kenyetta.Stringfellow@cms.hhs.gov>
**Subject:** Re: CMS FOIA Request Control Number 090420247068

Good afternoon,

What is the status of this request, and what is the estimated date we should receive responsive records by?

Best,

Martin Hoyt | Director | Public Health Reform Alliance

On 2024-09-12 18:28, Stringfellow, Kenyetta (CMS/OSORA) wrote:

Good afternoon,

Please view the attached document regarding your Freedom of Information Act (FOIA) request for records pertaining to communications regarding the Medicare Drug Price Negotiation Program.

Respectfully,

**Kenyetta Stringfellow**
Government Information Specialist
Freedom of Information Group
Office of Strategic Operations and Regulatory Affairs
Centers for Medicare & Medicaid Services
E-mail:  kenyetta.stringfellow@cms.hhs.gov

*Looking to request Medicare claim records? Check out our Medicare Beneficiary Claims Portal*
*Looking to file a FOIA request? Check out our FOIA.gov Portal*
*Need more help? Check out our CMS FOIA Service Center*